# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: RUSSELL, SUSAN D. | § Case No. 09-74444 |
| | § |
| CHRISTIAN, SUSAN D. | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 11, 2009. The undersigned trustee was appointed on January 06, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of           $         14,004.56

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 14,004.56 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 03/17/2010 and the deadline for filing governmental claims was 03/17/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,961.46. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,961.46, for a total compensation of $1,961.46.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/15/2011      By: /s/JAMES E. STEVENS
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-74444 | Trustee: | (330420) JAMES E. STEVENS |
| --- | --- | --- | --- |
| Case Name: | RUSSELL, SUSAN D. | Filed (f) or Converted (c): | 10/11/09 (f) |
| | | §341(a) Meeting Date: | 11/19/09 |
| Period Ending: 03/15/11 | | Claims Bar Date: | 03/17/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Condo located at: 1387 Stratford Dr., Gurnee,<br>Imported from origional petition Doc#  1 | 129,900.00 | 0.00 | DA | 0.00 | FA |
| 2 | Residential property located at: 1505, IL 60050<br>Imported from origional petition Doc#  1 | 172,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash on hand<br>Imported from origional petition Doc#  1 | 5.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bank of America accounts: Checking-$50.00; Savin<br>Imported from origional petition Doc#  1 | 150.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous audio, video, and computer<br>Imported from origional petition Doc#  1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing<br>Imported from origional petition Doc#  1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Digital camera and other hobby equipment.<br>Imported from origional petition Doc#  1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | 401K through employer other pension or profit sh<br>Imported from origional petition Doc#  1 | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Inheritance from mother from AXA Equitable and r<br>Imported from origional petition Doc#  1 | 15,000.00 | 14,004.37 | DA | 14,004.37 | FA |
| 10 | 2009 Saturn<br>Imported from origional petition Doc#  1 | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2 PC's<br>Imported from origional petition Doc#  1 | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.19 | Unknown |
| 12 | Assets   Totals (Excluding unknown values) | $344,905.00 | $14,004.37 | | $14,004.56 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):   August 31, 2010      Current Projected Date Of Final Report (TFR):   February 22, 2010 (Actual)

Printed: 03/15/2011 10:24 AM   V.12.56

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-74444 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | RUSSELL, SUSAN D. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******97-65 - Money Market Account |
| Taxpayer ID #: | **-***8295 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 03/15/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/11 | {9} | Attorney Charles T. Reilly | Debtor's 1/3 interest in AXA Account in Mother's Estate | 1129-000 | 14,004.37 | | 14,004.37 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 14,004.46 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,004.56 |
| | | | ACCOUNT TOTALS | | 14,004.56 | 0.00 | $14,004.56 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 14,004.56 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $14,004.56 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******97-65 | 14,004.56 | 0.00 | 14,004.56 |
| | $14,004.56 | $0.00 | $14,004.56 |

{} Asset reference(s)

Printed: 03/15/2011 10:24 AM    V.12.56

Printed: 03/15/11 10:24 AM            **Claims Distribution Register**                    Page: 1

## Case: 09-74444   RUSSELL, SUSAN D.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Secured Claims:**

| 2 | 01/08/10 | 100 | Suntrust Mortgage Inc<br>POB 27767 RVW 3034<br>Richmond, VA 23261<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)><br>Claim No. 2 is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 112,914.26 | 0.00 | 0.00 | 0.00 | 0.00 |

Priority 100:   0% Paid

**Admin Ch. 7 Claims:**

|  | 10/11/09 | 200 | Barrick, Switzer Law Firm<br><3110-00  Attorney for Trustee Fees (Trustee Firm)> | 1,189.00 | 1,189.00 | 0.00 | 1,189.00 | 1,189.00 |
|  | 10/11/09 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00  Trustee Compensation><br>[Updated by Surplus to Debtor Report based on Net Estate Value: 12114.59] | 1,961.46 | 1,961.46 | 0.00 | 1,961.46 | 1,961.46 |

Total for Priority 200:   100% Paid          $3,150.46    $3,150.46    $0.00    $3,150.46    $3,150.46

Total for Admin Ch. 7 Claims:            $3,150.46    $3,150.46    $0.00    $3,150.46    $3,150.46

**Unsecured Claims:**

| 1 | 01/04/10 | 610 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374<br><7100-00  General Unsecured § 726(a)(2)> | 1,222.51 | 1,222.51 | 0.00 | 1,222.51 | 1,222.51 |
| 3 | 01/12/10 | 610 | CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00  General Unsecured § 726(a)(2)> | 3,792.17 | 3,792.17 | 0.00 | 3,792.17 | 3,792.17 |
| 4 | 02/08/10 | 610 | GE Money Bank dba BERNINA<br>A/GEMB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br><7100-00  General Unsecured § 726(a)(2)> | 399.58 | 399.58 | 0.00 | 399.58 | 399.58 |
| 5 | 02/08/10 | 610 | GE Money Bank dba BERNINA<br>A/GEMB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br><7100-00  General Unsecured § 726(a)(2)> | 2,746.97 | 2,746.97 | 0.00 | 2,746.97 | 2,746.97 |

Printed: 03/15/11 10:24 AM

## Claims Distribution Register

Page: 2

### Case: 09-74444   RUSSELL, SUSAN D.

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 6 | 03/15/10 | 610 | PYOD LLC its successors and assigns as assignee of Citibank,c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <br> &lt;7100-00  General Unsecured § 726(a)(2)&gt; | 757.16 | 757.16 | 0.00 | 757.16 | 757.16 |
| | | | Total for Priority 610:   100% Paid | $8,918.39 | $8,918.39 | $0.00 | $8,918.39 | $8,918.39 |
| 1I | 01/04/10 | 640 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 <br> &lt;7990-00  Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 6.27 | 6.27 | 0.00 | 6.27 | 6.27 |
| 3I | 01/12/10 | 640 | CAPITAL ONE BANK USA, N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO Box 71083 Charlotte, NC 28272-1083 <br> &lt;7990-00  Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 19.45 | 19.45 | 0.00 | 19.45 | 19.45 |
| 4I | 02/08/10 | 640 | GE Money Bank dba BERNINA A/GEMB Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami, FL 33131 <br> &lt;7990-00  Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 2.05 | 2.05 | 0.00 | 2.05 | 2.05 |
| 5I | 02/08/10 | 640 | GE Money Bank dba BERNINA A/GEMB Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami, FL 33131 <br> &lt;7990-00  Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 14.09 | 14.09 | 0.00 | 14.09 | 14.09 |
| 6I | 03/15/10 | 640 | PYOD LLC its successors and assigns as assignee of Citibank,c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <br> &lt;7990-00  Surplus Cases Interest on Unsecured Claims (including priority)&gt; | 3.88 | 3.88 | 0.00 | 3.88 | 3.88 |
| | | | Total for Priority 640:   100% Paid | $45.74 | $45.74 | $0.00 | $45.74 | $45.74 |
| SURPLUS | 10/11/09 | 650 | RUSSELL, SUSAN D. 1505 N. SCULLY DR. MCHENRY, IL 60050 <br> &lt;8200-00  Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)&gt; | 1,889.97 | 1,889.97 | 0.00 | 1,889.97 | 1,889.97 |
| | | | Priority 650:   100% Paid | | | | | |
| | | | Total for Unsecured Claims: | $10,854.10 | $10,854.10 | $0.00 | $10,854.10 | $10,854.10 |
| | | | Total for Case : | $126,918.82 | $14,004.56 | $0.00 | $14,004.56 | $14,004.56 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-74444
Case Name: RUSSELL, SUSAN D.
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 14,004.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Suntrust Mortgage Inc | 112,914.26 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,004.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,961.46 | 0.00 | 1,961.46 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 1,189.00 | 0.00 | 1,189.00 |

Total to be paid for chapter 7 administration expenses: $ 3,150.46
Remaining balance: $ 10,854.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,854.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 10,854.10

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 8,918.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA,N.A | 1,222.51 | 0.00 | 1,222.51 |
| 3 | CAPITAL ONE BANK USA, N.A. | 3,792.17 | 0.00 | 3,792.17 |
| 4 | GE Money Bank dba BERNINA A/GEMB | 399.58 | 0.00 | 399.58 |
| 5 | GE Money Bank dba BERNINA A/GEMB | 2,746.97 | 0.00 | 2,746.97 |
| 6 | PYOD LLC its successors and assigns as assignee of | 757.16 | 0.00 | 757.16 |

Total to be paid for timely general unsecured claims: $ 8,918.39
Remaining balance: $ 1,935.71

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 1,935.71

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 1,935.71

**UST Form 101-7-TFR (10/1/2010)**

  To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $45.74. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $1,889.97.