**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: RUSSELL, SUSAN D. | § | Case No. 09-74444 |
| | § | |
| CHRISTIAN, SUSAN D. | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that **JAMES E. STEVENS**, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/13/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 03/15/2011      By: /s/JAMES E. STEVENS
                              Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: RUSSELL, SUSAN D. § Case No. 09-74444 | |
| § | |
| CHRISTIAN, SUSAN D. § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,004.56 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 14,004.56 |
| **Balance on hand:** | $ 14,004.56 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Suntrust Mortgage Inc | 112,914.26 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,004.56 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,961.46 | 0.00 | 1,961.46 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 1,189.00 | 0.00 | 1,189.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,150.46 |
| Remaining balance: | $ 10,854.10 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

        Total to be paid for prior chapter administrative expenses:  $     0.00
        Remaining balance:  $     10,854.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

        Total to be paid for priority claims:  $     0.00
        Remaining balance:  $     10,854.10

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,918.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA,N.A | 1,222.51 | 0.00 | 1,222.51 |
| 3 | CAPITAL ONE BANK USA, N.A. | 3,792.17 | 0.00 | 3,792.17 |
| 4 | GE Money Bank dba BERNINA A/GEMB | 399.58 | 0.00 | 399.58 |
| 5 | GE Money Bank dba BERNINA A/GEMB | 2,746.97 | 0.00 | 2,746.97 |
| 6 | PYOD LLC its successors and assigns as assignee of | 757.16 | 0.00 | 757.16 |

        Total to be paid for timely general unsecured claims:  $     8,918.39
        Remaining balance:  $     1,935.71

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 1,935.71

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 1,935.71

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $45.74. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $1,889.97.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
　　　　　　　　　　　　　Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 09-74444-MB
Susan D. Russell                                                        Chapter 7
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 2              Date Rcvd: Mar 17, 2011
                              Form ID: pdf006            Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2011.
db           +Susan D. Russell,    1505 N. Scully Dr.,   McHenry, IL 60050-4040
aty          +Charles T. Reilly,    Law Office of Charles T. Reilly,    1303 North Richmond Road,
               McHenry, IL 60050-1405
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
14563607      BAC Home Loans Servicing, LP,    Attention: Customer Service CA6-919-01-4,    P.O. Box 5170,
               Simi Valley, CA 93062-5170
14952565      CAPITAL ONE BANK USA, N.A.,    BY AMERICAN INFOSOURCE LP AS AGENT,    PO Box 71083,
               Charlotte, NC 28272-1083
14563610      CITI Cards,   P.O. Box 6000,    The Lakes, NV 89163-6000
14563608      Capital One,    P.O. Box 6492,   Carol Stream, IL 60197-6492
14563605     +Charles T Reilly,    1303 N Richmond Road,   McHenry, IL 60050-1405
14923223     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
14563609      Chase Card Services,    P.O. Box 15298,   Wilmington, DE 19850-5298
14563612      Dell Financial Services,    C/O DFS Customer Care Dept.,    P.O. Box 81577,
               Austin, TX 78708-1577
14563615      GMAC,   Attention: Customer Care,    P.O. Box 4622,   Waterloo, IA 50704-4622
14563616     +Harris N.A.,    3800 Golf Rd., Ste. #300,   Rolling Meadows, IL 60008-4005
14563617     +Keller Williams,    Attention: Elizabeth Splitt,    410 Peterson Rd.,   Libertyville, IL 60048-1010
14563618     +Kenneth Johnson,    1505 N. Scully Dr.,   McHenry, IL 60050-4040
14563620      North Shore Gas,    P.O. Box A3991,   Chicago, IL 60690-3991
15253965     +PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14563621     +Pembrooke 2 Condo Association,    P.O. Box 589,   Itasca, IL 60143-0589
14563604     +Russell Susan D,    1505 N Scully Dr,   McHenry, IL 60050-4040
14942221     +Suntrust Mortgage Inc,    POB 27767 RVW 3034,   Richmond, VA 23261-7767
14563622      Suntrust Mortgage, Inc.,    RVW-3003,   P.O. Box 26149,   Richmond, VA 23260-6149
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14563606      E-mail/PDF: cbp@agfinance.com Mar 18 2011 01:26:56      American General Finance,   P.O. Box 3212,
               Evansville, IN 47731-3212
14563611      E-mail/Text: legalcollections@comed.com Mar 17 2011 22:39:34      ComEd,   P.O. Box 6111,
               Carol Stream, IL 60197-6111
14563613      E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2011 01:28:45      GE Money Bank,   P.O. Box 981127,
               El Paso, TX 79998-1127
14563614      E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2011 01:28:45      GE Money Bank,   P.O. Box 960061,
               Orlando, FL 32896-0061
15071470     +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2011 01:28:45      GE Money Bank dba BERNINA A/GEMB,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14563619      E-mail/PDF: cr-bankruptcy@kohls.com Mar 18 2011 01:27:13      Kohl's Payment Center,
               P.O. Box 3043,    Milwaukee, WI 53201-3043
                                                                                                TOTAL: 6

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Mar 17, 2011
                              Form ID: pdf006            Total Noticed: 27

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2011**                    **Signature:**    *Joseph Speetjens*