**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re:  RUSSELL, SUSAN D. | § | Case No. 09-74444 |
| | § | |
| CHRISTIAN, SUSAN D. | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $344,905.00          Assets Exempt:  $38,284.37
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,966.67        Claims Discharged
                                                  Without Payment:  $9,545.13

Total Expenses of Administration:  $3,150.74

---

3) Total gross receipts of $    14,004.71    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    1,887.30    (see **Exhibit 2**), yielded net receipts of $12,117.41 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $304,088.74 | $112,914.26 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,150.74 | 3,150.74 | 3,150.74 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 22,209.81 | 8,966.67 | 8,966.67 | 8,966.67 |
| **TOTAL DISBURSEMENTS** | $326,298.55 | $125,031.67 | $12,117.41 | $12,117.41 |

4) This case was originally filed under Chapter 7 on October 11, 2009. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/14/2011          By: /s/JAMES E. STEVENS
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance from mother from AXA Equitable and r | 1129-000 | 14,004.37 |
| Interest Income | 1270-000 | 0.34 |
| **TOTAL GROSS RECEIPTS** | | **$14,004.71** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RUSSELL, SUSAN D. | Dividend paid 100.00% on $1,887.30; Claim# SURPLUS; Filed: $1,887.30; Reference: | 8200-000 | 1,887.30 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,887.30** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Suntrust Mortgage Inc | 4110-000 | 112,914.26 | 112,914.26 | 0.00 | 0.00 |
| NOTFILED | BAC Home Loans Servicing, LP | 4110-000 | 162,012.63 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 4110-000 | 12,161.85 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.A. | 4110-000 | 17,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$304,088.74** | **$112,914.26** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,961.74 | 1,961.74 | 1,961.74 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 1,189.00 | 1,189.00 | 1,189.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,150.74 | 3,150.74 | 3,150.74 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A | 7100-000 | 4,572.22 | 1,222.51 | 1,222.51 | 1,222.51 |
| 1I | Chase Bank USA, N.A | 7990-000 | N/A | 6.62 | 6.62 | 6.62 |
| 3 | CAPITAL ONE BANK USA, N.A. | 7100-000 | 3,889.96 | 3,792.17 | 3,792.17 | 3,792.17 |
| 3I | CAPITAL ONE BANK USA, N.A. | 7990-000 | N/A | 20.53 | 20.53 | 20.53 |
| 4 | GE Money Bank dba BERNINA A/GEMB | 7100-000 | 486.63 | 399.58 | 399.58 | 399.58 |
| 4I | GE Money Bank dba BERNINA A/GEMB | 7990-000 | 3,000.00 | 2.16 | 2.16 | 2.16 |
| 5 | GE Money Bank dba BERNINA A/GEMB | 7100-000 | N/A | 2,746.97 | 2,746.97 | 2,746.97 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5I | GE Money Bank dba BERNINA A/GEMB | 7990-000 | N/A | 14.87 | 14.87 | 14.87 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 715.87 | 757.16 | 757.16 | 757.16 |
| 6I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 4.10 | 4.10 | 4.10 |
| NOTFILED | Keller Williams | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American General Finance | 7100-000 | 5,909.64 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services C/O DFS Customer Care Dept. | 7100-000 | 1,869.07 | N/A | N/A | 0.00 |
| NOTFILED | Pembrooke 2 Condo Association | 7100-000 | 263.00 | N/A | N/A | 0.00 |
| NOTFILED | North Shore Gas | 7100-000 | 32.95 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 43.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's Payment Center | 7100-000 | 1,427.47 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 22,209.81 | 8,966.67 | 8,966.67 | 8,966.67 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-74444  
**Case Name:** RUSSELL, SUSAN D.

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/11/09 (f)  
**§341(a) Meeting Date:** 11/19/09

**Period Ending:** 09/14/11

**Claims Bar Date:** 03/17/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Condo located at: 1387 Stratford Dr., Gurnee,<br>Imported from origional petition Doc#    1 | 129,900.00 | 0.00 | DA | 0.00 | FA |
| 2 | Residential property located at: 1505, IL 60050<br>Imported from origional petition Doc#    1 | 172,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash on hand<br>Imported from origional petition Doc#    1 | 5.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bank of America accounts: Checking-$50.00; Savin<br>Imported from origional petition Doc#    1 | 150.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous audio, video, and computer<br>Imported from origional petition Doc#    1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing<br>Imported from origional petition Doc#    1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Digital camera and other hobby equipment.<br>Imported from origional petition Doc#    1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | 401K through employer other pension or profit sh<br>Imported from origional petition Doc#    1 | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Inheritance from mother from AXA Equitable and r<br>Imported from origional petition Doc#    1 | 15,000.00 | 14,004.37 | DA | 14,004.37 | FA |
| 10 | 2009 Saturn<br>Imported from origional petition Doc#    1 | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2 PC's<br>Imported from origional petition Doc#    1 | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.34 | FA |
| 12 | Assets    Totals (Excluding unknown values) | **$344,905.00** | **$14,004.37** | | **$14,004.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    August 31, 2010          **Current Projected Date Of Final Report (TFR):**    February 22, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-74444 | | **Trustee:** | JAMES E. STEVENS (330420) |
| **Case Name:** | RUSSELL, SUSAN D. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******97-65 - Money Market Account |
| **Taxpayer ID #:** | **-***8295 | | **Blanket Bond:** | $372,000.00   (per case limit) |
| **Period Ending:** | 09/14/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/05/11 | {9} | Attorney Charles T. Reilly | Debtor's 1/3 interest in AXA Account in Mother's Estate | 1129-000 | 14,004.37 | | 14,004.37 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 14,004.46 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 14,004.56 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 14,004.67 |
| 04/13/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.04 | | 14,004.71 |
| 04/13/11 | | To Account #9200******9766 | transfer to close money market account | 9999-000 | | 14,004.71 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,004.71 | 14,004.71 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,004.71 | |
| | | | **Subtotal** | | 14,004.71 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,004.71** | **$0.00** | |

{} Asset reference(s)                                                                                                                                      Printed: 09/14/2011 03:15 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-74444 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | RUSSELL, SUSAN D. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******97-66 - Checking Account |
| Taxpayer ID #: | **-***8295 | | Blanket Bond: | $372,000.00  (per case limit) |
| Period Ending: | 09/14/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/13/11 | | From Account #9200******9765 | transfer to close money market account | 9999-000 | 14,004.71 | | 14,004.71 |
| 04/13/11 | 101 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $1,189.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,189.00 | 12,815.71 |
| 04/13/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,961.74, Trustee Compensation; Reference: | 2100-000 | | 1,961.74 | 10,853.97 |
| 04/13/11 | 103 | RUSSELL, SUSAN D. | Dividend paid 100.00% on $1,887.30; Claim# SURPLUS; Filed: $1,887.30; Reference: | 8200-000 | | 1,887.30 | 8,966.67 |
| 04/13/11 | 104 | CAPITAL ONE BANK USA, N.A. | Combined Check for Claims#3,3I | | | 3,812.70 | 5,153.97 |
| | | | Dividend paid 100.00%      3,792.17 on $3,792.17;  Claim# 3; Filed: $3,792.17 | 7100-000 | | | 5,153.97 |
| | | | Dividend paid 100.00%      20.53 on $20.53;  Claim# 3I; Filed: $20.53 | 7990-000 | | | 5,153.97 |
| 04/13/11 | 105 | Chase Bank USA,N.A | Combined Check for Claims#1,1I | | | 1,229.13 | 3,924.84 |
| | | | Dividend paid 100.00%      1,222.51 on $1,222.51;  Claim# 1; Filed: $1,222.51 | 7100-000 | | | 3,924.84 |
| | | | Dividend paid 100.00%      6.62 on $6.62;  Claim# 1I; Filed: $6.62 | 7990-000 | | | 3,924.84 |
| 04/13/11 | 106 | GE Money Bank dba BERNINA A/GEMB | Combined Check for Claims#4,5,4I,5I | | | 3,163.58 | 761.26 |
| | | | Dividend paid 100.00%      399.58 on $399.58;  Claim# 4; Filed: $399.58 | 7100-000 | | | 761.26 |
| | | | Dividend paid 100.00%      2,746.97 on $2,746.97;  Claim# 5; Filed: $2,746.97 | 7100-000 | | | 761.26 |
| | | | Dividend paid 100.00%      2.16 on $2.16;  Claim# 4I; Filed: $2.16 | 7990-000 | | | 761.26 |
| | | | Dividend paid 100.00%      14.87 on $14.87;  Claim# 5I; Filed: $14.87 | 7990-000 | | | 761.26 |
| 04/13/11 | 107 | PYOD LLC its successors and assigns as assignee of | Combined Check for Claims#6,6I | | | 761.26 | 0.00 |
| | | | Dividend paid 100.00%      757.16 on $757.16;  Claim# 6; | 7100-000 | | | 0.00 |

Subtotals :           $14,004.71           $14,004.71

{} Asset reference(s)                                                                                                     Printed: 09/14/2011 03:15 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-74444  
**Case Name:** RUSSELL, SUSAN D.  

**Taxpayer ID #:** **-***8295  
**Period Ending:** 09/14/11  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******97-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $757.16 | | | | |
| | | | Dividend paid 100.00%   4.10<br>on $4.10;  Claim# 6l;<br>Filed: $4.10 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,004.71 | 14,004.71 | $0.00 |
| | | | Less: Bank Transfers | | 14,004.71 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 14,004.71 | |
| | | | Less: Payments to Debtors | | | 1,887.30 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$12,117.41** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******97-65** | 14,004.71 | 0.00 | 0.00 |
| **Checking # 9200-******97-66** | 0.00 | 12,117.41 | 0.00 |
| | $14,004.71 | $12,117.41 | $0.00 |

{} Asset reference(s)

Printed: 09/14/2011 03:15 PM    V.12.57